# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
08/26/2019
Clerk, U.S. District Court
Western District of Texas

By: **RRV**
Deputy

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: EP:19-M -08086(1) - MAT |
| | § | |
| (1) ELI JESUS VASQUEZ-GARCIA | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 21, 2019** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

"The DEFENDANT, Eli Jesus VASQUEZ-Garcia, an alien to the United States and a citizen of Guatemala was found near 2000 W. Paisano Drive west of the Paso Del Norte Port of Entry in El Paso, Texas in the Western District of Texas. From

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Lopez, Carlos A.
Border Patrol Agent

08/26/2019                          at   EL PASO, Texas
File Date                                City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE                Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - EP:19-M -08086(1)

WESTERN DISTRICT OF TEXAS

(1) ELI JESUS VASQUEZ-GARCIA

FACTS (CONTINUED)

statements made by the DEFENDANT to the arresting agent, DEFENDANT was determined to be a native and citizen of Guatemala, without immigration documents allowing him to be or remain in the United States legally. The Defendant has been previously removed from the United States to Guatemala on February 12, 2018 through Harlingen, Texas. Defendant has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
The DEFENDANT has been removed 1 time to GUATEMALA as an Expedited Removal on February 12, 2018, through HARLINGEN, TX

CRIMINAL HISTORY:
NONE